Thomas W. Anderson
Attorney for Plaintiffs
State Bar No. 003724
THE LAW OFFICE OF THOMAS W. ANDERSON, P.C.
256 South 2nd Avenue, Suite E
Yuma, Arizona  85364
email tom@yumalaw.com
(928) 782-2200

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cynthia J. Fredrick and Richard A. Fredrick, | No. |
| Plaintiffs, | |
| vs. | COMPLAINT |
| UNUM Life Insurance Company of America, | |
| Defendant. | |

Plaintiffs allege:

1. This action arises under the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§ 1001 et seq.  This Court has jurisdiction under 29 U.S.C. § 1132(e)(1), and 28 U.S.C. § 1331.

2. Plaintiffs Cynthia J. Fredrick and Richard A. Fredrick, a married couple, are citizens of the state of Arizona, residing in Yuma.

3. Defendant UNUM Life Insurance Company of America ("Unum") is a Maine corporation doing business in Arizona.

4. The events giving rise to Plaintiffs' claims occurred in Arizona.

5. Plaintiff Cynthia J. Frederick was employed by National Bank of Arizona, a subsidiary of Zions Bancorporation from 1997 to 2009.

6. As a benefit of her employment, the bank provided long-term disability

1 benefits to Cynthia J. Fredrick by purchasing an insurance policy from Unum 2 (Unum policy number 571688, referred to below as "the policy").

3     7.  By the terms of the policy, Unum agreed to pay benefits to Cynthia 4 Fredrick if she became disabled, within the meaning of the policy definitions.

5     8.  In 2008, Cynthia Fredrick became disabled within the meaning of the 6 policy definitions.

7     9.  Cynthia Fredrick made a claim to Unum for payment of benefits under 8 the policy, and complied with all other requirements of the policy.

9     10.  Unum denied Cynthia Fredrick's claim, and in breach of the policy, in 10 bad faith, and in violation of its fiduciary obligations, Unum has refused to pay 11 her the benefits to which she is entitled under the policy.

12     11.  Cynthia Frederick has exhausted the administrative remedies 13 available to her.

14     WHEREFORE, Plaintiffs request that the Court enter judgment in their 15 favor against the Defendant: 1) declaring that Defendant is obligated to pay 16 Cynthia Fredrick long-term disability benefits under the policy; 2) ordering 17 Defendant to pay Plaintiffs those benefits, together with interest at the legal rate; 18 3) awarding Plaintiffs their reasonable attorney's fees and costs of this action; 19 and 4) granting such other relief, legal and equitable, as is just.

20     Dated September 14, 2012.

21                                    THE LAW OFFICE OF THOMAS W. ANDERSON, P.C.

22
23                                     */s Thomas W. Anderson*
                                    _____
24                                    Thomas W. Anderson
                                   Attorney for Plaintiffs

25
26

THE LAW OFFICE OF THOMAS W. ANDERSON, P.C.
256 South 2nd Avenue, Suite E ✫ Yuma, Arizona 85364
(928) 782-2200