IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cynthia J. Fredrick and Richard A. Fredrick,<br><br>              Plaintiffs,<br><br>v.<br><br>UNUM Life Insurance Company of America,<br><br>              Defendant. | No. CV-12-01962-PHX-NVW<br><br>**ORDER** |

The Court having been notified that this matter has settled;

**IT IS ORDERED** that this action will be dismissed by the Clerk's Office without further notice on **April 1, 2013** unless prior thereto a judgment or order of dismissal is entered.

Dated this 1st day of March, 2013.

_____
Neil V. Wake
United States District Judge